# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES D. LEWIS,**

      **Plaintiff,**

**v.**                                                             **Case No:   6:16-cv-1210-Orl-41DAB**

**NATIONAL RIFLE ASSOCIATION,**
**CEO & BOARD OF DIRECTORS;**
**HOUSE OF REPRESENTATIVES,**
**DEPARTMENT OF DEFENSE; JOINT**
**CHIEFS OF STAFF; GUN STORES,**
**JOHN & JANE DOE and UNITED**
**STATES OF AMERICA,**

      **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on review of Plaintiff's "Preliminary Statement" (Doc. 1). The paper indicates that Plaintiff seeks unspecified redress against these Defendants, in their individual and official capacities, for Defendants' "conspiring and dishonoring human beings life's," apparently by allowing the sale of rifles from gun shops. To the extent that Mr. Lewis intends for his paper to serve as an operative complaint necessary to commence an action pursuant to Federal Rule of Civil Procedure 3, the Court finds that it cannot stand and must be dismissed. Specifically, the Statement is noncompliant with the pleading standards of Rules 8(a) and 10(b); appears to be filed in the wrong forum;[1] is not accompanied by

---

[1] The caption reads "The United States District for the Northern of Florida." Moreover, there is no showing that this Florida court has personal jurisdiction over the entities and officers sued in their individual capacities.

a filing fee or a motion to proceed *in forma pauperis;* and fails to state a claim for relief cognizable in this Court.

Accordingly, it is hereby **respectfully recommended** that the putative Complaint be DISMISSED WITHOUT PREJUDICE to the filing of a proper complaint,[2] compliant with the Federal Rules of Civil Procedure and accompanied by either the filing fee or a completed application to proceed *in forma pauperis,* within 14 calendar days of any Order adopting this report.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 11, 2016.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy

---

[2] The Court encourages Plaintiff to make use of the resources available to pro se litigants on the Court's website at http://www.flmd.uscourts.gov/prose/default.htm.