UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES D. LEWIS,**

      **Plaintiff,**

v.                                **Case No:  6:16-cv-1210-Orl-41DAB**

**NATIONAL RIFLE ASSOCIATION,
HOUSE OF REPRESENTATIVES,
DEPARTMENT OF DEFENSE and
UNITED STATES OF AMERICA,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 3) issued by United States Magistrate Judge David A. Baker, which recommends dismissing Plaintiff's putative Complaint without prejudice. Plaintiff filed an Objection (Doc. 4) to the Report and Recommendation. However, after an independent *de novo* review of the record, including Plaintiff's objection, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



Copies furnished to:

Unrepresented Party